IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


ANNABELLE SEGOVIA,

      Plaintiff,                             No. 2:17-cv-00609-KRS-GBW

v.

MARSH LANE SURGICAL HOSPITAL, LLC,
d/b/a PLANO SURGICAL HOSPITAL,
DR. DIRK RODRIGUEZ, and
DR. SONA RAJESH NAMBIAR,

      Defendants.

## ORDER SETTING DEADLINE TO CONSENT
## TO MAGISTRATE JUDGE

**THIS MATTER** comes before the Court *sua sponte*, following a review of the record in the above-titled cause. On June 2, 2017, pursuant to Fed. R. Civ. P. 73(b)(1), the Court entered a text only notice advising the parties of their opportunity to consent to the referral of this case to the undersigned United States Magistrate Judge to preside over dispositive proceedings, including motions and trial. Upon entering this case, each party should have been provided instructions on how to electronically file that party's consent or refusal to proceed before a United States Magistrate Judge, or, if the party is a pro se litigant, a form on which to indicate either consent or refusal to proceed before a United States Magistrate Judge.

As of the date of this order, one or more of the parties has yet to file written consent or refusal to consent to proceed before a United States Magistrate Judge. Due to the filing on July 6, 2017 by Defendant Dirk Rodriguez of a Motion to Dismiss, the Court finds that the interests of judicial economy are best served by imposing a consent deadline of fourteen (14) days from the date of this order. The parties are reminded that consent is strictly voluntary and there are no

adverse consequences for withholding consent. In the event that all parties do not file a statement of consent to proceed before a United States Magistrate Judge on or before the deadline set forth in this order, the case will be reassigned to a United States District Judge to preside over dispositive proceedings, including motions and trial.

**IT IS, THEREFORE, ORDERED** that should the parties choose to consent to the referral of this case to the undersigned United States Magistrate Judge to preside over dispositive proceedings, including motions and trial, a statement by each party of such consent pursuant to Fed.R.Civ.P. 73(b)(1) must be filed with the Court within fourteen (14) days of the entry of this order. Further information and/or instructions can be obtained at www.nmcourt.fed.us or by calling Courtroom Deputy Veronica Ruiz at (575) 528-1401.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE